No. 447.  ESTATE OF SMITH ET AL. *v.* COMMISSIONER OF INTERNAL REVENUE.  C. A. 3d Cir.  Certiorari denied. *Samuel J. Foosaner* for petitioners. *Solicitor General Cox, Assistant Attorney General Oberdorfer* and *Harry Baum* for respondent.

No. 472.  FITZGERALD *v.* IGOE, U. S. DISTRICT JUDGE, ET AL.  C. A. 7th Cir.  Certiorari denied.  *John O'C. FitzGerald pro se. Solicitor General Cox* for respondents.  Reported below: —— F. 2d ——.

No. 541.  SPARTON CORPORATION *v.* EVANS PRODUCTS Co.  C. A. 6th Cir.  Certiorari denied.  *Townsend F. Beaman* and *Raymond J. Patch* for petitioner. *Arthur W. Dickey* and *Cyrus G. Minkler* for respondent.

No. 577.  HAITH *v.* UNITED STATES.  C. A. 3d Cir. Certiorari denied.  *W. A. Hall, Jr.* for petitioner. *Solicitor General Cox, Assistant Attorney General Miller, Beatrice Rosenberg* and *Robert G. Maysack* for the United States.

No. 580.  FIORELLO *v.* NEW JERSEY.  Supreme Court of New Jersey.  Certiorari denied.  *Joseph F. Walsh* for petitioner.

No. 581.  AN-SON OFFSHORE DRILLING Co. *v.* LEVET, U. S. DISTRICT JUDGE.  C. A. 2d Cir.  Certiorari denied. *Eberhard P. Deutsch, Malcolm W. Monroe* and *Eugene Underwood* for petitioner.  *Edward C. Kalaidjian* for Texas San Juan Oil Corp.

No. 74, Misc.  SAMMARCO *v.* NEW YORK.  Appellate Division of the Supreme Court of New York, First Judicial Department.  Certiorari denied.